In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-01-00164-CR


______________________________




PETROS YEBIO, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 337th Judicial District Court


Harris County, Texas


Trial Court No. 845312




 






Before Grant, Ross, and Cornelius,* JJ.

Opinion by Justice Grant



______________

*William J. Cornelius, Chief Justice, Retired, Sitting by Assignment


O P I N I O N



 Petros Yebio was convicted in a single trial of two offenses of aggravated sexual assault. The
causes have been appealed separately and briefed together. 

 Since the briefs and arguments raised therein are identical in both appeals, for the reasons
stated in Petros Yebio v. The State of Texas, No. 06-01-00163-CR, we likewise resolve the issues
in this appeal in the same manner. 

 The sentence is reformed to reflect that the sentences are to run concurrently, and the
judgment is otherwise affirmed.



 Ben Z. Grant

 Justice

Date Submitted: May 31, 2002

Date Decided: August 23, 2002


Do Not Publish



 Priority="39" Name="toc 5"/>
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 












 
 
 
 
 
 
 




 

 

 

 

 

 

 

 

 

                                                         In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00241-CR

                                                ______________________________

 

 

                                     LAQUISHA JOHNSON,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                      On Appeal from the Fourth
Judicial District Court

                                                              Rusk County, Texas

                                                         Trial Court
No. CR08-249

 

                                                       
                                           

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                      MEMORANDUM OPINION

 

 

            Laquisha Johnson, appellant, has filed with this Court a
motion to dismiss her appeal.  The motion
is signed by Johnsons counsel.  Attached
to the motion is a letter written by Johnson to her appellate counsel
requesting that the appeal be dismissed. 
As authorized by Rule 42.2, we grant the motion.  See
Tex. R. App. P. 42.2.

            Accordingly,
we dismiss the appeal.

 

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          January
3, 2012

Date Decided:             January
4, 2012

 

Do Not Publish